*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 17, 2015                    106131
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                        MEMORANDUM AND ORDER

AMY BEBLOWSKI,
                        Appellant.
_____

Calendar Date:    August 10, 2015

Before:    McCarthy, J.P., Garry, Rose and Lynch, JJ.

_____

        Timothy S. Brennan, Schenectady, for appellant.

        Robert M. Carney, District Attorney, Schenectady (Peter H. Willis of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Schenectady County (Drago, J.), rendered March 4, 2013, convicting defendant upon her plea of guilty of the crime of burglary in the second degree (two counts).

        In satisfaction of a multi-count indictment, defendant pleaded guilty to two counts of burglary in the second degree and waived her right to appeal.  She was sentenced to concurrent prison terms of eight years, followed by 3½ years of postrelease supervision.  Defendant appeals.

        A review of the plea colloquy and counseled written waiver of the right to appeal executed by defendant and defense counsel in open court demonstrate that defendant knowingly, voluntarily and intelligently waived her right to appeal (see People v Merrill, 123 AD3d 1339, 1339 [2014]; People v Dyckman, 114 AD3d

994, 995 [2014], lv denied 23 NY3d 1036 [2014]).  Given the valid waiver of appeal, defendant's contention that the agreed-upon prison sentence is harsh and excessive is foreclosed (see People v Bryant, 128 AD3d 1223, 1224 [2015]; People v Burritt, 127 AD3d 1433, 1434 [2015]).

McCarthy, J.P., Garry, Rose and Lynch, JJ., concur.


ORDERED that the judgment is affirmed.




ENTER:

Robert D. Mayberger
Clerk of the Court